United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 14-16451-ES
Michael Christopher Kelly                                                  Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8            User: rreidC           Page 1 of 2            Date Rcvd: Aug 30, 2017
                               Form ID: van110        Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2017.
```
db            +Michael Christopher Kelly,   210 Lille Ln,   Apt 215,   Newport Beach, CA 92663-2694
cr            +Lexus Financial Services, a division of Toyota Mot,   C/O Buckley Madole, P.C.,
               12526 High Bluff Drive, Suite 238,   San Diego, CA 92130-2066
35860553      +Aes/suntrust Bnnk,   Po Box 61047,   Harrisburg, PA 17106-1047
35860554      +American Express,   Po Box 3001,   16 General Warren Blvd,   Malvern, PA 19355-1245
36251448       American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
35860555      +Bby/cbna,   50 Northwest Point Road,   Elk Grove Village, IL 60007-1032
35860556      +Capital 1 Bank,   Attn: General Correspondence,   Po Box 30285,   Salt Lake City, UT 84130-0285
35860557      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
35932329       ECMC,   PO BOX 16408,   St Paul, MN 55116-0408
35860558      +First National Bank of Omaha,   AttentionFNN Legal Dept,   1620 Dodge St. Stop Code: 3290,
               Omaha, NE 68197-0003
35849282      +First National Bank of Omaha,   1620 Dodge Street,   Stop Code 3105,   Omaha Ne 68197-0003
35937967      +HandyCrew Services, Inc.,   1400 N Jefferson St Unit E,   Anaheim CA 92807-1633
35860561      +High Desert Creditors,   High Desert Creditors Service,   14608 Main St. #B,
               Hesperia, CA 92345-3381
35860563      +Jennifer Reed,   2479 Rue De Cannes,   Unit B #2,   Costa Mesa, CA 92627-1484
35774866      +Jennifer Reed,   2479 Rue De Cannes,   Unit B 2,   Costa Mesa CA 92627-1484
35860552      +Joseph R. Mxnning, Jr.,   The Manning Law Office,   4667 MacArthur Blvd,   Suite l50,
               Newport Beach, CA 92660-8860
36583121      +Lakeview Loan Servicing LLC,   c/o Cenlar FSB,   425 Phillips Blvd,   Ewing, NJ 08618-1430
35860551      +Michael Christopher Kelly,   210 Lille Lane,   Apt 215,   Newport Beach, CA 92663-1605
35860566      +Slm Financial Corp,   11100 Usa Pkwy,   Fishers, IN 46037-9203
35860567     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Co,   Toyota Finnncial Services,   Po Box 8026,
               Cedar Rapids, IA 52408)
35793399       Toyota Lease Trust,   Po Box 8026,   Cedar Rapids, Iowa   52408-8026
35860568     +US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: Us Bank,   4325 17th Ave S,   Fargo, ND 58125)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: itcdbg@edd.ca.gov Aug 31 2017 02:21:36     Employment Development Dept.,
               Bankruptcy Group MIC 92E,   P.O. Box 826880,   Sacramento, CA  94280-0001
intp           E-mail/PDF: rmscedi@recoverycorp.com Aug 31 2017 02:16:22
               Recovery Management Systems Corporation,   25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
36048328       E-mail/Text: BKBNCNotices@ftb.ca.gov Aug 31 2017 02:22:26     FRANCHISE TAX BOARD,
               BANKRUPTCY SECTION MS A340,   PO Box 2952,   SACRAMENTO CA 95812-2952
35860559       E-mail/Text: BKBNCNotices@ftb.ca.gov Aug 31 2017 02:22:26     Franchise Tax Board,
               Bankruptcy Section, MS: A-340,   PO Box 2952,   Sacramento, CA 95812-2952
35860560      +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2017 02:15:51     GEcRB/Amazon,   Attn: Bankruptcy,
               Po Box 103104,   Roswell, GA 30076-9104
35860562       E-mail/Text: cio.bncmail@irs.gov Aug 31 2017 02:21:30     Internal Revenue Service,
               Insolvency West,   PO Box 7346,   Philadelphia, PA 19101-7346
35860564       E-mail/Text: orangecountybk@ttc.ocgov.com Aug 31 2017 02:21:18     Orange County Treasurer,
               PO Box 1438,   Santa Ana, CA 92702-1438
36047410       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 31 2017 02:22:42
               Portfolio Recovery Associates, LLC,   c/o Amazon.com Store Card,   POB 41067,
               Norfolk VA 23541
36085017       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 31 2017 02:22:52
               Portfolio Recovery Associates, LLC,   c/o Capital One,   POB 41067,   Norfolk VA 23541
35860565      +E-mail/Text: bankruptcy@loanpacific.com Aug 31 2017 02:22:20     Pacific Union Financial,
               1603 LBJ Fwy Ste 500,   Farmers Branch, TX 75234-6071
36079199       E-mail/Text: bankruptcy@loanpacific.com Aug 31 2017 02:22:20     Pacific Union Financial, LLC,
               1603 LBJ Freeway,   Suite 500,   Farmers Branch, TX 75234-6071
35916843       E-mail/PDF: rmscedi@recoverycorp.com Aug 31 2017 02:16:22
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                    TOTAL: 12
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Courtesy NEF
smg*          Franchise Tax Board,   Bankruptcy Section MS: A-340,   P.O. Box 2952,
              Sacramento, CA  95812-2952
cr*          +Lakeview Loan Servicing LLC,   c/o Cenlar FSB,   425 Phillips Blvd,   Ewing, NJ 08618-1430
                                                                         TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0973-8          User: rreidC          Page 2 of 2          Date Rcvd: Aug 30, 2017
                              Form ID: van110       Total Noticed: 34
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2017                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2017 at the address(es) listed below:
          Amrane (SA)   Cohen (TR)    efile@ch13ac.com
          Darlene C Vigil   on behalf of Creditor   Lakeview Loan Servicing LLC cdcaecf@bdfgroup.com
          Darlene C Vigil   on behalf of Interested Party   Courtesy NEF cdcaecf@bdfgroup.com
          Edward A Treder   on behalf of Interested Party   Courtesy NEF cdcaecf@bdfgroup.com
          Joseph R Manning, Jr   on behalf of Debtor Michael Christopher Kelly joe@manninglawoffice.com,
           bkrecf@manninglawoffice.com;katiet@manninglawoffice.com
          Mark D Estle   on behalf of Creditor   Lexus Financial Services, a division of Toyota Motor
           Credit Corporation as servicer for Toyota Lease Trust mdestle@estlelaw.com
          Ramesh  Singh   on behalf of Interested Party   Recovery Management Systems Corporation
           claims@recoverycorp.com
          United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
                                                                              TOTAL: 8
```

(Form van110–dbcrtn/dbcrtni VAN–110)
Rev. 12/09

# United States Bankruptcy Court
## Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

## NOTICE OF APPLICATION FOR ENTRY OF DISCHARGE

**DEBTOR(S) INFORMATION:**
 Michael Christopher Kelly

**SSN:** xxx–xx–4950
**EIN:** N/A

210 Lille Ln
Apt 215
Newport Beach, CA 92663

**BANKRUPTCY NO.**  8:14–bk–16451–ES
**CHAPTER**  13

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that the debtor(s) in the above–captioned bankruptcy case has made application to the court for entry of the debtor(s)' discharge from all debts subject to discharge in this case.

Any creditor or party in interest who has knowledge that the debtor(s) does not qualify for a discharge must do the following within 14–days from the date of this notice:

1.   File a written objection to entry of discharge;

2.   Serve a copy of the written objection on the debtor(s), the debtor's counsel, if any and the Chapter 13 Trustee; and

3.   If the objecting party wishes to have a hearing on the objection, this should be stated in the caption of the objection.

If a hearing is set and you fail to attend, the court may deem your objection to the entry of discharge to be withdrawn.

If the court determines that entry of discharge is not warranted, the case will be closed without a discharge.

BY THE COURT,

Dated: August 30, 2017

**Kathleen J. Campbell**
Clerk of the Court