United States Bankruptcy Court
Central District of California

In re:                                                                Case No. 14-16451-ES
Michael Christopher Kelly                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8          User: tduarteC          Page 1 of 2          Date Rcvd: Oct 05, 2017
                              Form ID: van111        Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2017.
```
db         +Michael Christopher Kelly,   210 Lille Ln,    Apt 215,    Newport Beach, CA 92663-2694
cr         +Lexus Financial Services, a division of Toyota Mot,    C/O Buckley Madole, P.C.,
             12526 High Bluff Drive, Suite 238,    San Diego, CA 92130-2066
35860553   +Aes/suntrust Bnnk,    Po Box 61047,   Harrisburg, PA 17106-1047
35860554   +American Express,    Po Box 3001,   16 General Warren Blvd,    Malvern, PA 19355-1245
36251448    American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
35860555   +Bby/cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
35860556   +Capital l Bank,    Attn: General Correspondence,    Po Box 30285,    Salt Lake City, UT 84130-0285
35860557   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
35932329    ECMC,    PO BOX 16408,    St Paul, MN 55116-0408
35860558   +First National Bank,    AttentiontFNN Legal Dept,    1620 Dodge St. Stop Code: 3290,
             Omaha, NE 68197-0003
35849282   +First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,    Omaha Ne 68197-0003
35937967   +HandyCrew Services, Inc.,    1400 N Jefferson St Unit E,    Anaheim CA 92807-1633
35860561   +High Desert Creditors,    High Desert Creditors Servince,    14608 Main St. #B,
             Hesperia, CA 92345-3381
35860563   +Jennifer Reed,    2479 Rue De Cannes,    Unit B #2,    Costa Mesa, CA 92627-1484
35774866   +Jennifer Reed,    2479 Rue De Cannes,    Unit B 2,    Costa Mesa CA 92627-1484
35860552   +Joseph R. Mxnning, Jr.,    The Manning Law Office,    4667 MacArthur Blvd,    Suite l50,
             Newport Beach, CA 92660-8860
36583121   +Lakeview Loan Servicing LLC,    c/o Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
35860551   +Michael Christopher Kelly,    210 Lille Lane,    Apt 2l5,    Newport Beach, CA 92663-1605
35860566   +Slm Financial Corp,    11100 Usa Pkwy,    Fishers, IN 46037-9203
35860567  ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
            (address filed with court: Toyota Motor Credit Co,    Toyota Finnncial Services,    Po Box 8026,
             Cedar Rapids, IA 52408)
35793399    Toyota Lease Trust,    PO Box 8026,   Cedar Rapids, Iowa   52408-8026
35860568  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
            (address filed with court: Us Bank,    4325 17th Ave S,    Fargo, ND 58125)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: itcdbg@edd.ca.gov Oct 06 2017 02:27:12      Employment Development Dept.,
             Bankruptcy Group MIC 92E,   P.O. Box 826880,    Sacramento, CA  94280-0001
intp        E-mail/PDF: rmscedi@recoverycorp.com Oct 06 2017 02:29:55
             Recovery Management Systems Corporation,   25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
36048328    E-mail/Text: BKBNCNotices@ftb.ca.gov Oct 06 2017 02:28:14      FRANCHISE TAX BOARD,
             BANKRUPTCY SECTION MS A340,   PO BOX 2952,    SACRAMENTO CA 95812-2952
35860559    E-mail/Text: BKBNCNotices@ftb.ca.gov Oct 06 2017 02:28:14      Franchise Tax Board,
             Bankruptcy Section, MS: A-340,   PO Box 2952,    Sacramento, CA 95812-2952
35860560   +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2017 02:29:52      GEcRB/Amazon,   Attn: Bankruptcy,
             Po Box 103104,    Roswell, GA 30076-9104
35860562    E-mail/Text: cio.bncmail@irs.gov Oct 06 2017 02:27:04      Internal Revenue Service,
             Insolvency West,   PO Box 7346,    Philadelphia, PA 19101-7346
35860564    E-mail/Text: orangecountybk@ttc.ocgov.com Oct 06 2017 02:26:49      Orange County Treasurer,
             PO Box 1438,   Santa Ana, CA 92702-1438
36047410    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 06 2017 02:35:48
             Portfolio Recovery Associates, LLC,    c/o Amazon.com Store Card,    POB 41067,
             Norfolk VA 23541
36085017    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 06 2017 02:36:07
             Portfolio Recovery Associates, LLC,    c/o Capital One,   POB 41067,    Norfolk VA 23541
35860565   +E-mail/Text: bankruptcy@loanpacific.com Oct 06 2017 02:28:06      Pacific Union Financial,
             1603 LBJ Fwy Ste 500,   Farmers Branch, TX 75234-6071
36079199   +E-mail/Text: bankruptcy@loanpacific.com Oct 06 2017 02:28:06      Pacific Union Financial, LLC,
             1603 LBJ Freeway,   Suite 500,    Farmers Branch, TX 75234-6071
35916843    E-mail/PDF: rmscedi@recoverycorp.com Oct 06 2017 02:29:56
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
                                                                                              TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Courtesy NEF
smg*            Franchise Tax Board,   Bankruptcy Section MS: A-340,   P.O. Box 2952,
                 Sacramento, CA  95812-2952
cr*            +Lakeview Loan Servicing LLC,   c/o Cenlar FSB,   425 Phillips Blvd,   Ewing, NJ 08618-1430
                                                                                TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0973-8          User: tduarteC              Page 2 of 2                    Date Rcvd: Oct 05, 2017
                              Form ID: van111             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2017 at the address(es) listed below:
              Amrane (SA) Cohen (TR)    efile@ch13ac.com
              Darlene C Vigil    on behalf of Creditor    Lakeview Loan Servicing LLC cdcaecf@bdfgroup.com
              Darlene C Vigil    on behalf of Interested Party    Courtesy NEF cdcaecf@bdfgroup.com
              Edward A Treder    on behalf of Interested Party    Courtesy NEF cdcaecf@bdfgroup.com
              Joseph R Manning, Jr    on behalf of Debtor Michael Christopher Kelly joe@manninglawoffice.com,
               bkecf@manninglawoffice.com;katiet@manninglawoffice.com
              Mark D Estle    on behalf of Creditor    Lexus Financial Services, a division of Toyota Motor
               Credit Corporation as servicer for Toyota Lease Trust mdestle@estlelaw.com
              Ramesh  Singh    on behalf of Interested Party    Recovery Management Systems Corporation
               claims@recoverycorp.com
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                             TOTAL: 8
```

## United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

### NOTICE OF REQUIREMENT TO FILE A DEBTOR'S
### CERTIFICATION OF COMPLIANCE UNDER 11 U.S.C. §1328(a) AND
### APPLICATION FOR ENTRY OF DISCHARGE

**DEBTOR(S) INFORMATION:**
Michael Christopher Kelly
**SSN:** xxx−xx−4950
**EIN:** N/A

210 Lille Ln
Apt 215
Newport Beach, CA 92663

**BANKRUPTCY NO.** 8:14−bk−16451−ES
**CHAPTER** 13

**TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY**

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must complete and file Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge before a discharge can be entered in the above−captioned case. This form is available on the court's website at www.cacb.uscourts.gov.

Debtor(s) and /or debtor(s)' attorney is/are further notified that the Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge must be filed within 30 days from the date of this notice. Failure to timely file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the case, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: October 5, 2017

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form dnrotrf rev. 05/06 VAN−111)

**77 / C4**